UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
 )
 ) EX. D-2
 ) FINANCIAL REVIEW OF DEBTOR'S
 ) ***NON-FARMING/NON-FISHING*** BUSINESS
 ) [File With Statement of Financial Affairs in
 ) Chapter 12/13 Cases If Debtor Earns Any
 ) Income From Operation of a NON-FARMING/NON-FISHING
 ) Sole Proprietorship Business or Debtor or an Insider Owns 20%
Debtor(s) ) or More of a NON-FARMING/NON-FISHING Corporation]

(NOTE: **ONLY INCLUDE** information directly related to the NON-farming/NON-fishing business operation. This information is to be from the corporate books where necessary. If an item of Income or Expense does not apply indicate with "N/A.")

**ATTACH COPY OF SCHEDULE C FROM PRIOR YEAR'S TAX RETURN (OR EXPLAIN ABSENCE)**.

**INDICATE ACCOUNTING METHOD USED:**   Cash Basis     Accrual Basis

**BUSINESS NAME, ADDRESS AND PHONE NUMBER:** _____
_____

**NATURE AND STARTING DATE OF BUSINESS AND PERCENTAGE OF OWNERSHIP**: _____
_____

**PROJECTED ANNUAL BUSINESS INCOME:**
 1. Gross Sales or Receipts $_____
 2. Returns and Allowances (_____)
 3. Less Cost of Goods Sold (_____)
 4. Other Income _____
 5. Gross Income $_____

**PROJECTED ANNUAL BUSINESS EXPENSES (DO NOT Include Payments Paid Through Plan):**
 6. Advertising _____
 7. Car and Truck Expenses _____
 8. Commissions and Fees _____
 9. Secured Debt Including Interest (attach list) _____
10. Employee Benefits (other than on line 14) _____
11. Insurance (other than health) _____
12. Legal and Professional Services _____
13. Office Expenses _____
14. Pension/Profit-Sharing Plans _____
15. Rent or Leases _____
   a. Vehicles, Machinery, Equipment (attach list) _____
   b. Other Business Property (attach list) _____
16. Repairs and Maintenance _____
17. Supplies (if not included in line 3) _____
18. Taxes and Licenses
   a. Payroll Taxes _____
   b. Income/Self-Employment Tax _____
   c. Other Taxes/Licenses _____
19. Travel _____
20. Meals and Entertainment _____
21. Utilities _____
22. Wages _____
23. Other expenses (list separately): _____ _____
   _____ _____
   _____ _____
24. Total Expenses $_____
PROJECTED ANNUAL NET INCOME (line 5 less line 24) $_____
ESTIMATED AVERAGE NET MONTHLY INCOME $_____
(Attach explanation if not same as amount listed on Schedule I for the question "Regular income from operation of business ...")

Exhibit D-2 (10/17/05)

# Exhibit A

| | |
|---|---|
| Bank Service& Credit Card Processing Fees | $10,838.00 |
| Royalties | $7,872.00 |
| Telephone | $6,195.00 |
| Owner Draws | $15,720.00 |
| TOTAL | $40,625.00 |