Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re<br>    KENNETH LEE<br>    JENNY H LEE<br><br>        Debtors | )  Case No. 314-32153-PCM13<br>)<br>)  Order Amending Plan<br>)  Dated 4-16-14<br>)<br>) |

Wayne Godare, Chapter 13 Trustee ("Trustee"), and Debtors agree that a provision should be added to Debtors' plan dated 4-16-14. Formal notice of this plan modification is not required, as there is no negative impact on any creditor. The Court being fully advised, now, therefore,

IT IS ORDERED that Debtors' plan dated 04-16-14 is amended as follows:

/ / /

/ / /

/ / /

/ / /

1 – Order Amending Plan Dated 4-16-14

1. Change paragraph 1(a) to "2,305 beginning April 2015".

###

PRESENTED BY:


/s/ Jordan Hantman
Jordan Hantman, OSB #060715
Attorney for Wayne Godare, Chapter 13 Trustee

I certify that I have received confirmation, in writing, that Debtor(s), by and through counsel, have no objection to the form and content of this order and agree to its filing with the Court.


/s/ Chris Fazio
for Jordan Hantman, OSB #060715


cc: Debtors
    Debtors' attorney