# United States Bankruptcy Court
## District of Oregon

**IN RE:**                                    Case No. **14-32153-pcm13**

**Lee, Kenneth & Lee, Jenny H.**              Chapter **13**

Debtor(s)    AMENDED

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 265,167.00 | | |
| B - Personal Property | Yes | 3 | $ 92,391.34 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $ 218,053.38 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 7,386.55 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 159,226.95 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $ 9,256.12 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $ 6,950.89 |
| TOTAL | | 24 | $ 357,558.34 | $ 384,666.88 | |

**United States Bankruptcy Court**
**District of Oregon**

IN RE: Case No. **14-32153-pcm13**

**Lee, Kenneth & Lee, Jenny H.** Chapter **13**

Debtor(s)     AMENDED

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 7,386.55 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 17,528.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 24,914.55 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 9,256.12 |
| Average Expenses (from Schedule J, Line 22) | $ 6,950.89 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ 10,103.32 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 7,386.55 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 159,226.95 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 159,226.95 |

**Fill in this information to identify your case:**

Debtor 1: **Kenneth  Lee**
First Name   Middle Name   Last Name

Debtor 2: **Jenny H. Lee**
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: District of Oregon

Case number: **14-32153-pcm13**
(If known)

Check if this is:

☐ An amended filing

☑ A supplement showing post-petition chapter 13 income as of the following date:
**03/27/2015**
MM / DD / YYYY

Official Form 6I
# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | **Senior Financial Analyst** | **Various / Temp Worker** |
| Employer's name | **City Of Portland Bureau Of Transpo** | **Kelly** |
| Employer's address | **1120 SW 5th Avenue, Ste 900**<br>Number   Street | **999 W Big Beaver Dr.**<br>Number   Street |
| | **Portland, OR  97204-0000**<br>City    State   ZIP Code | **Portland, OR  97229-0000**<br>City    State   ZIP Code |
| How long employed there? | **3 months** | **1 months** |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ **7,163.61** | $ **1,820.76** |
| 3. | **Estimate and list monthly overtime pay.** | + $ **0.00** | + $ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | $ **7,163.61** | $ **1,820.76** |

Official Form 6I                          Schedule I: Your Income                          page **1**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | → | 4. | $ 7,163.61 | $ 1,820.76 |

5. **List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | | 5a. | $ 1,501.99 | $ 190.45 |
| 5b. **Mandatory contributions for retirement plans** | | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | | 5c. | $ 433.33 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | | 5e. | $ 161.05 | $ 0.00 |
| 5f. **Domestic support obligations** | | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: **See Schedule Attached** | | 5h. | +$ 64.46 | +$ 0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.    6.    $ 2,097.80    $ 190.45

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 5,065.81    $ 1,630.31

8. **List all other income regularly received:**

    8a. **Net income from rental property and from operating a business, profession, or farm**

        Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 1,060.00    $ 0.00

    8b. **Interest and dividends**    8b.    $ 0.00    $ 0.00

    8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

        Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ 0.00

    8d. **Unemployment compensation**    8d.    $ 0.00    $ 0.00

    8e. **Social Security**    8e.    $ 0.00    $ 0.00

    8f. **Other government assistance that you regularly receive**

        Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ 0.00    $ 0.00

    8g. **Pension or retirement income**    8g.    $ 0.00    $ 0.00

    8h. **Other monthly income.** Specify: **Rental Income**    8h.    +$ 1,500.00    +$ 0.00

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $ 2,560.00    $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $ 7,625.81    +    $ 1,630.31    =    $ 9,256.12

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

    Specify: _____    11.    +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.    $ 9,256.12

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

    ☑ No.
    ☐ Yes. Explain: **None**

Debtor 1    **Kenneth Lee**    Case number *(if known)* **14-32153-pcm13**
    First Name    Middle Name    Last Name

Official Form 6I      Schedule I: Your Income      page **2**
Case 14-32153-pcm13    Doc 40    Filed 04/02/15

**IN RE** Lee, Kenneth & Lee, Jenny H.      Case No. **14-32153-pcm13**
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---:|---:|
| Other Payroll Deductions: | | |
| **MERP** | **21.67** | **0.00** |
| **Admin Fee** | **1.43** | **0.00** |
| **Long Term Disability** | **15.34** | **0.00** |
| **Spouse LTD** | **15.19** | **0.00** |
| **Supplemental Life Insurance** | **10.83** | **0.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Fill in this information to identify your case:

Debtor 1: **Kenneth Lee**
First Name / Middle Name / Last Name

Debtor 2: **Jenny H. Lee**
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Oregon

Case number: **14-32153-pcm13**
(If known)

Check if this is:

☐ An amended filing
☑ A supplement showing post-petition chapter 13 expenses as of the following date:
   **03/27/2015**
   MM / DD / YYYY
☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
      ☑ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 11 | ☐ No  ☑ Yes |
   | Daughter | 9 | ☐ No  ☑ Yes |
   | Daughter | 7 | ☐ No  ☑ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ **1,800.00**

   If not included in line 4:

   4a. Real estate taxes   4a. $ **0.00**
   4b. Property, homeowner's, or renter's insurance   4b. $ **0.00**
   4c. Home maintenance, repair, and upkeep expenses   4c. $ **0.00**
   4d. Homeowner's association or condominium dues   4d. $ **0.00**

Debtor 1 **Kenneth Lee** Case number (*if known*) 14-32153-pcm13
        First Name   Middle Name   Last Name

**Your expenses**

5. **Additional mortgage payments for your residence**, such as home equity loans    5. $ **0.00**

6. **Utilities:**
   - 6a. Electricity, heat, natural gas    6a. $ **150.00**
   - 6b. Water, sewer, garbage collection    6b. $ **82.00**
   - 6c. Telephone, cell phone, Internet, satellite, and cable services    6c. $ **176.00**
   - 6d. Other. Specify: _____    6d. $ **0.00**

7. **Food and housekeeping supplies**    7. $ **1,100.00**
8. **Childcare and children's education costs**    8. $ **425.00**
9. **Clothing, laundry, and dry cleaning**    9. $ **300.00**
10. **Personal care products and services**    10. $ **200.00**
11. **Medical and dental expenses**    11. $ **150.00**
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.    12. $ **450.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. $ **175.00**
14. **Charitable contributions and religious donations**    14. $ **300.00**

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance    15a. $ **0.00**
    - 15b. Health insurance    15b. $ **0.00**
    - 15c. Vehicle insurance    15c. $ **81.00**
    - 15d. Other insurance. Specify: _____    15d. $ **0.00**

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____    16. $ **0.00**

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1    17a. $ **404.19**
    - 17b. Car payments for Vehicle 2    17b. $ **0.00**
    - 17c. Other. Specify: _____    17c. $ **0.00**
    - 17d. Other. Specify: _____    17d. $ **0.00**

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).**    18. $ **0.00**

19. **Other payments you make to support others who do not live with you.**
    Specify: _____    19. $ **0.00**

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property    20a. $ **1,118.87**
    - 20b. Real estate taxes    20b. $ **0.00**
    - 20c. Property, homeowner's, or renter's insurance    20c. $ **0.00**
    - 20d. Maintenance, repair, and upkeep expenses    20d. $ **0.00**
    - 20e. Homeowner's association or condominium dues    20e. $ **38.83**

Debtor 1 __Kenneth__ __Lee_____  Case number (*if known*) __14-32153-pcm13_____
         First Name   Middle Name   Last Name

21. **Other**. Specify: _____   21.  +$_____0.00_____

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.                          22.  $_____6,950.89_____

23. **Calculate your monthly net income.**
    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $_____9,256.12_____
    23b. Copy your monthly expenses from line 22 above.                      23b. −$_____6,950.89_____
    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                            23c.  $_____2,305.23_____

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.  **None**

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Lee, Kenneth & Lee, Jenny H.**  Case No. **14-32153-pcm13**
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**26**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 27, 2015**　　Signature: ***/s/ Kenneth Lee***
　　　　　　　　　　　　　　　　　**Kenneth Lee**　　　　　　　　　　　　　　　　　　Debtor

Date: **March 27, 2015**　　Signature: ***/s/ Jenny H. Lee***
　　　　　　　　　　　　　　　　　**Jenny H. Lee**　　　　　　　　　　　　　　　(Joint Debtor, if any)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____　　_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer　　Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____　　_____
Signature of Bankruptcy Petition Preparer　　　　　　　　　　　　　　　Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____　　Signature: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**CERTIFICATE OF SERVICE**

**Lee, Kenneth**
**Lee, Jenny H.**
**14-32153-pcm13**

I hereby certify that the foregoing *Amended Form 6 Summary and Supplemental Schedules 'I & J'* was served on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Beaverton, Oregon on the date indicated below:

**No creditors or interested party have requested special service.**

DATED: April 2, 2015

/s/ Rusty Jacobson
Rusty Jacobson
Legal Assistant
for Ted A. Troutman

Page 1 of 1   CERTIFICATE OF SERVICE